OPINION — AG — ** OPTOMETRISTS — DRUGS — OCULAR ABNORMALITIES ** (1) PURSUANT TO 59 O.S. 581 [59-581], OPTOMETRISTS MAY TREAT OCULAR ABNORMALITIES WITH DRUGS AS LONG AS THEY ARE TOPICALLY APPLIED AND DO NOT FALL IN THE CATEGORY OF CONTROLLED DANGEROUS SUBSTANCES AS SET FORTH IN 63 O.S. 2-101 [63-2-101] OF THE OKLAHOMA STATUTES. (2) PURSUANT TO THE SAME AUTHORITY AND THE AMENDED LANGUAGE OF 59 O.S. 353.1 [59-353.1](7)(A), OPTOMETRISTS MAY PRESCRIBE THOSE DRUGS FOR THEIR PATIENTS. (PHARMACY ACT, DRUGS, EXAMINATION, TREATMENT) CITE: OPINION NO. 83-173, 59 O.S. 353.1 [59-353.1](7)(A) 59 O.S. 353.1 [59-353.1](7)(B) (LYNN BARNETT)